UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REGINALD JOHN PAUL CHIEF GOES OUT,

                Petitioner,

    v.

JASON BENNETT,

                Respondent.

Case No. C23-5171-JLR-SKV

REPORT AND RECOMMENDATION

        Petitioner filed a motion to proceed *in forma pauperis* (IFP) in this habeas matter. Dkt. 4. The form completed by Petitioner appears to indicate he has no resources available to pay the filing fee. However, the certified copy of the prison trust account statement provided by Petitioner shows that he has a twenty percent spendable balance of $140.70. *Id*. at 3.

        Because it appears Petitioner has financial resources allowing for payment of the $5.00 fee for filing a habeas petition, the Court recommends the motion to proceed IFP, Dkt. 4, be DENIED. This action should proceed only if plaintiff pays the $5.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

REPORT AND RECOMMENDATION - 1

1  Objections to this Report and Recommendation, if any, should be filed with the Clerk and
2  served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report
3  and Recommendation is signed.  Failure to file objections within the specified time may affect
4  your right to appeal.  Objections should be noted for consideration on the District Judge's
5  motions calendar for the third Friday after they are filed.  Responses to objections may be filed
6  within **fourteen (14) days** after service of objections.  If no timely objections are filed, the
7  matter will be ready for consideration by the District Judge on **April 28, 2023**.
8  The Clerk is directed to send copies of this order to the parties and to the Honorable
9  James L. Robart.
10  Dated this 31st day of March, 2023.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2