# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REGINALD JOHN PAUL CHIEF GOES OUT,<br><br>               Petitioner,<br><br>    v.<br><br>JASON BENNETT,<br><br>               Respondent. | CASE NO. C23-5171JLR-SKV<br><br>ORDER |

Before the court is the report and recommendation of Magistrate Judge S. Kate Vaughan. (R&R (Dkt. # 5).) Magistrate Judge Vaughan recommended that the court deny Petitioner Reginald John Paul Chief Goes Out's motion to proceed *in forma pauperis* ("IFP") because he appeared to have sufficient financial resources to pay the $5.00 filing fee in this case. (R&R at 1-2; *see* IFP App. (Dkt. # 4).) Mr. Chief Goes Out paid the filing fee on April 7, 2023. (*See* 4/7/23 Docket Entry.) Accordingly, the court

ORDER - 1

1 | ADOPTS IN PART Magistrate Judge Vaughan's report and recommendation (Dkt. # 5)
2 | and DENIES Mr. Chief Goes Out's application to proceed IFP (Dkt. # 4) as moot.
3 |     Dated this 10th day of April, 2023.

JAMES L. ROBART
United States District Judge