THE HONORABLE S. KATE VAUGHAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REGINALD JOHN PAUL CHIEF GOES OUT,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>JASON BENNETT,<br><br>　　　　　　Respondent. | NO. C23-05171-JLR-SKV<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER (~~PROPOSED~~) |

The Court, having considered Respondent's motion for an extension of time, Dkt. 11, the Declaration of John J. Samson, and the records and files herein, does hereby find and ORDER:

Respondent's motion for an extension of time to June 30, 2023, to file an answer to the habeas corpus petition is GRANTED.

DATED this 18th day of May, 2023.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:
ROBERT W. FERGUSON
Attorney General

*s/ John J. Samson*
JOHN J. SAMSON, WSBA # 22187
Assistant Attorney General

ORDER GRANTING RESP'TS' MOT. FOR AN EXT. OF TIME TO FILE AN ANSWER (~~PROPOSED~~)
NO. C23-5171-JLR-SKV

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445